IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION

RICHARD J. CODY,
    an individual,

    Plaintiff,

vs.

CASE NO:

REF:

BRP US, INC.
a Delaware corporation,

    Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, RICHARD J. CODY, an individual, (hereinafter "Plaintiff"), sues Defendant, BRP US, INC., a foreign corporation, (hereinafter collectively "Defendants") and alleges as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages which exceed $15,000.00 over which this Court has jurisdiction.

2. At all times material hereto, Plaintiff, Richard J. Cody ("Cody"), was and is an individual who resides in Oklahoma, but spends considerable time in Pinellas County, Florida.

3. At all times material hereto, Defendant, BRP US, Inc. ("BRP"), a Delaware corporation, which maintains a Florida office.

4. BRP markets and sells Sea-Doo personal watercraft in the State of Florida.

5. BRP maintains a regional headquarters in Sunrise, Florida.

6. Cody owned a 2015 Sea Doo Spark, serial number CA-YDV71123K415-2015 ("Spark").

7. On or about August 28, 2016, Cody was operating the Spark in the waters adjacent and south of the Honeymoon Island Causeway east of Hurricane Pass.

EXHIBIT "A"

***ELECTRONICALLY FILED 11/15/2017 04:34:26 PM: KEN BURKE, CLERK OF THE CIRCUIT COURT, PINELLAS COUNTY***

8. Cody owned two more personal watercraft manufactured by BRP.

9. The Spark operated by Cody was leading another of his BRP watercraft across the wake of a small boat.

10. As the Spark crossed the wake, it became airborne.

11. When it landed on the water, the Sparks steering mechanism completely broke causing Cody to strike the Spark and to be ejected from the Spark into the path of the other BRP watercraft owned by Cody.

12. The other watercraft owned by Cody struck Cody causing significant and permanent injuries.

13. The Spark's failure occurred in Pinellas County, Florida.

14. Venue is proper in Pinellas County, Florida, as it is the location where the location where the accident occurred.

15. All conditions precedent to the filing of this action have been performed, have otherwise occurred, or have been waived.

## COUNT I – PRODUCTS LIABILITY

16. Plaintiff realleges paragraphs one through fifteen as if fully stated herein.

17. This is a claim for Products Liability for damages in excess of $15,000.00 over which this Court has jurisdiction.

18. At all times relevant, Cody operated the Spark in the manner intended or a manner which was reasonably foreseeable by BRP.

19. BRP defectively designed or manufactured the Spark and/or failed to warn Cody of the risks posed by the Spark.

20. In 2014, BRP recalled its Sparks because the handlebar/steering column was "incorrectly manufactured and it may break under rough riding conditions" causing serious injury or death.

21. Cody was, in fact, seriously injured and required an extended hospital stay to recover from his injuries.

22. Cody still requires medical care and will need further surgery to address injuries suffered when the Spark failed.

23. The Sparks faulty handle bar/steering column was the proximate cause of Cody's injuries.

WHEREFORE, Plaintiff, RICHARD J. CODY, demands judgment against Defendant, BRP US, INC, a Delaware corporation, and furthermore, demands trial by jury on all issues so triable.

Plaintiff reserves the right to amend to seek punitive damages.

THE LAW OFFICES OF BOBBY JONES, P.A.

By: _____
ROBERT S. JONES, II
FBN 725196
HEATH C. MURPHY
FBN 85164
P.O. BOX 41643
St. Petersburg, Florida 33710
Phone No.: (727) 571-1333
Fax No.:   (727) 573-1321
email: distribution@bobbyjoneslaw.com
Attorney for Richard J. Cody